IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02122-PAB

ALBERT GAPDRAFIKOV,

     Petitioner,

v.

DAVID J. VENTURELLA,[1] Acting Director of Immigration and Customs Enforcement, in his official capacity,
GEORGE VALDEZ,[2] Field Office Director, Denver Field Office, in his official capacity, and
JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, in his official capacity,

     Respondents.

---

**MINUTE ORDER**

---

**Entered by Judge Philip A. Brimmer**

     This matter is before the Court on the Joint Motion to Vacate the Court's Order (ECF No. 9) [Docket No. 10].

     On June 2, 2026, the Court granted petitioner's habeas corpus petition and ordered that respondents provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days of the Court's order. Docket No. 9 at 4. On June 5, 2026, the parties filed a joint motion to vacate, stating that petitioner has voluntarily departed the United States and is no longer in Immigration and Customs Enforcement ("ICE") custody. Docket No. 10 at 2. The parties therefore state that petitioner no longer requires a bond hearing. *Id.* at 3. Thus, the parties request that the Court vacate its June 2, 2026 order to the extent it requires respondents to provide petitioner a bond hearing. *Id.* at 4.

     "A district court has discretion to revise interlocutory orders prior to entry of final judgment." *Sherwood v. BRT Corp.*, No. 12-cv-02782-RM-KMT, 2014 WL 5762105, at

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), David J. Venturella is automatically substituted as a party to this action.

[2] Pursuant to Federal Rule of Civil procedure 25(d), George Valdez is automatically substituted as a party to this action.

*2 (D. Colo. Nov. 5, 2014) (quoting *Trujillo v. Bd. of Educ. of Albuquerque Pub. Sch.*, 212 F. App'x 760, 765 (10th Cir. 2007) (unpublished)).  Final judgment has not been entered in this case.  The Court agrees that a bond hearing is unnecessary given that petitioner has voluntarily departed the United States and is no longer in respondents' custody.

Therefore, it is

**ORDERED** that the Joint Motion to Vacate the Court's Order (ECF No. 9) [Docket No. 10] is **GRANTED**.  It is further

**ORDERED** that the portion of the Court's June 2, 2026 order, Docket No. 9, that requires respondents to provide petitioner a bond hearing is **VACATED**.  It is further

**ORDERED** that this case is closed.

DATED June 9, 2026.